**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jodi Carl SILVIO, Defendant–**
**Appellant.**

**No. 10–14792**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 2, 2012.

Steven E. Butler, Donna Barrow Dobbins, Adam W. Overstreet, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Richard Earl Shields, Richard E. Shields, Esquire, Mobile, AL, for Defendant–Appellant.

Before TJOFLAT, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Richard E. Shields, appointed counsel for Jodi Carl Silvio, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.

Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Silvio's conviction and sentence are **AFFIRMED.**